IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARLOS ALBERTO GARCIA-MIRANDA, § § § | |
| Petitioner, § | CIVIL ACTION NO. H-25-5558 |
| v. § § | |
| KRISTI NOEM, Secretary, U.S. § Department of Homeland Security, *et al.*, § § | |
| Respondents. § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on December 16, 2025, the court granted in part Carlos Alberto Garcia-Miranda's habeas petition. (Docket Entry No. 16). The court ordered the parties to provide the court with a status update on his bond hearing no later than January 2, 2026. (*Id.*). On January 2, 2026, the parties reported that on December 30, 2025, a new custody determination hearing was held and the immigration judge issued an order granting Garcia-Miranda a $45,000 bond. (Docket Entry No. 17). Following the court's order and the grant of the bond, no live claims remain in the case.

This is final judgment.

SIGNED on January 2, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge